IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANK T. WHITEHEAD,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                        13-cv-490-wmc

JAYSON REYNOLDS and
WOODLINE MFG, INC.,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

    1. granting Jayson Reynolds and WoodLine MFG., Inc.'s motion for summary judgment for failure to exhaust administrative remedies,

    2. declining jurisdiction on plaintiff's state law battery claim against Reynolds and dismissing this case without prejudice.

    /s/                                                                                6/19/2015

    Peter Oppeneer, Clerk of Court                                  Date